Mark Dewayne PRICE, Plaintiff–
Appellant,

v.

CORRECTIONAL MEDICAL SER-
VICES, Mt. Olive Correctional
Complex, Defendant–Appellee.

No. 10–6738.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 14, 2010.

Decided Oct. 21, 2010.

Mark Dewayne Price, Appellant Pro Se. Joseph M. Farrell, Jr., Farrell, Farrell & Farrell, PLLC, Huntington, West Virginia, for Appellee.

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Dewayne Price appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Price v. Corr. Med. Servs.,* No. 2:08–cv–00259, 2010 WL 1904627 (S.D.W.Va. May 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*